1  DAYLE ELIESON
   United States Attorney
2  BLAINE T. WELSH
   Chief, Civil Division
3  District of Nevada

4  BEN A PORTER WSBA No. 14195
   Special Assistant United States Attorney
5  160 Spear Street, Suite 800
   San Francisco, California 94105
6  Telephone: (415) 977-8979
   Facsimile: (415) 744-0134
7  E-Mail: Ben.Porter@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| J'LENE BARNES, | Case No. 2:18-cv-00380-GMN-GWF |
| Plaintiff, | STIPULATION TO REMAND UNDER 405(g) SENTENCE 4 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GEORGE FOLEY, JR., MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between J'Lene Barnes (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. Upon receipt of the Court's remand order, the Appeals Council will direct the ALJ to try to obtain the complete Veterans Administration (VA) disability determinations, consider the new evidence, and re-evaluate the VA disability determinations.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

                                        DAYLE ELIESON  
                                        United States Attorney

DATE: July 5, 2018                     */s/ Ben A. Porter*  
                                        BEN A. PORTER  
                                        Special Assistant United States Attorney

# CERTIFICATE OF SERVICE

I, Ben A. Porter, certify that the following individuals were served with the foregoing **STIPULATION TO REMAND UNDER 405(g) SENTENCE FOUR** on the date and via the method of service identified below:

**CM/ECF:**

Erik Berger
Osterhout Berger Disability Law, LLC
3744 Dupont Station Court South
Jacksonville, FL 32217
412-794-8003
Fax: 412-794-8050
LEAD ATTORNEY
PRO HAC VICE

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
775-825-2223
Fax: 775-329-1113
Email: haltaylorlawyer@gbis.com
LEAD ATTORNEY

Dated this 5th day of July 2018.

/s/ *Ben A. Porter*
BEN A. PORTER
Special Assistant United States Attorney

DAYLE ELIESON
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
District of Nevada

BEN A PORTER WSBA No. 14195
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| J'LENE BARNES<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:18-cv-00380-GMN-GWF<br><br>[PROPOSED] ORDER AND JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation") lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

**DATED** this __1__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court